UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATT TIGHE,<br><br>                 Plaintiff,<br><br>vs.<br><br>KING COUNTY, SCOTT GARNETT, and SARAH GERLITZ,<br><br>                 Defendants. | No. 2:17-cv-01875-BAT<br><br>**ORDER RELEASING PLAINTIFF'S MEDICAL RECORDS** |

Before the Court is the parties' authorization and stipulation to release the Plaintiff's medical records and the Court having reviewed said release, and all matters submitted with these pleadings, and being otherwise fully advised, it is hereby

**ORDERED** that Tamara Anderson release any and all records pertaining to Plaintiff to the Defendants through their vendor JS& L in accordance with the release within 14 days.

DATED this 24th day of July, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

**ORDER RELEASING PLAINTIFF'S MEDICAL RECORDS**
**[2:17-cv-01875-BAT] - 1**

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| 3 | DANIEL T. SATTERBERG<br>King County Prosecuting Attorney |
| 4 | By: */s/ Heidi Jacobsen-Watts*<br>HEIDI JACOBSEN-WATTS, WSBA #35549 |
| 5 | Senior Deputy Prosecuting Attorney<br>Attorney for Defendants |
| 6 | |
| 7 | Copy Received; Approved as to Form;<br>Notice of Presentation Waived: |
| 8 | |
| 9 | */s/ Matthew Crotty*<br>NOAH DAVIS, WSBA #30939 |
| 10 | MATTHEW CROTTY, WSBA #39284<br>Attorneys for Plaintiff |

**ORDER RELEASING PLAINTIFF'S MEDICAL RECORDS**
[2:17-cv-01875-BAT] - 2