UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATT TIGHE,<br><br>                Plaintiff,<br><br>   v.<br><br>KING COUNTY, SCOTT GARNETT, SARAH GERLITZ,<br><br>                Defendants. | CASE NO. 2:17-cv-01875-BAT<br><br>**ORDER AMENDING TRIAL DATE** |

The Court amends the date trial will start from February 19, 2019, to **Monday**, **February 25, 2019**, 9:15 am, Courtroom 12A. All other deadlines previously set in the Amended Order Setting Trial Date and Pretrial Schedule, Dkt. 27, remain in effect. If the trial date set herein creates a conflict, counsel must notify Deputy Clerk Agalelei Elkington in writing within 7 days of the date of this Order and must set forth the nature of the conflict. A failure to do so will be deemed a waiver.

DATED this 31st day of October, 2018.

                                                BRIAN A. TSUCHIDA
                                                Chief United States Magistrate Judge

ORDER AMENDING TRIAL DATE - 1